**Johnnie BOWMAN v. STATE.**

No. 13384.

Court of Criminal Appeals of Texas.

Feb. 12, 1930.

Ben S. Baldwin, of Fort Worth, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder; punishment being confinement in the penitentiary for life.

It has been made known to this court by proper affidavit that appellant escaped from jail pending his appeal by reason of which the jurisdiction of this court no longer attaches. Article 824, C. C. P.

It is therefore ordered that the appeal be, and the same is hereby, dismissed.